# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 31, 2020

### NO. 03-20-00328-CV

**S. D., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

**APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on May 18, 2020. S.D. has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.